```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TARA WILLIAMS,                  :   CIVIL ACTION
                                :   NO. 10-4834
        Plaintiff,              :
                                :
    v.                          :
                                :
MERCY HEALTH SYSTEM, et al.,    :
                                :
        Defendants.             :
```

## **O R D E R**

**AND NOW,** this **30th** day of **March, 2012,** it is hereby **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 39) is **DENIED.**

      **AND IT IS SO ORDERED.**

                                         s/Eduardo C. Robreno
                                         **EDUARDO C. ROBRENO, J.**